AO 91 (Rev. 11/11) Criminal Complaint

LODGED
CLERK, U.S. DISTRICT COURT
10/16/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: AH DEPUTY

# UNITED STATES DISTRICT COURT
for the
Central District of California

FILED
CLERK, U.S. DISTRICT COURT
10/16/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: KL DEPUTY

United States of America
v.
OMAR ALEXANDER MUNOZ

Defendant(s)

Case No. 2:26-mj-06072-DUTY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of 3/22/26, 11/5/24, 11/8/22, 6/7/22 in the county of Los Angeles in the Central District of California, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 18 U.S.C. § 1015(a) | False Statements in a Naturalization Application |
| 52 U.S.C. § 20511(2)(A) | Fraudulent Voter Registration |

This criminal complaint is based on these facts:

Please see attached sheet. Dates of offenses in addition to above-listed: November 3, 2020 and September 5, 2019.

☑ Continued on the attached sheet.

/s/
*Complainant's signature*

Caitlin Donovan, Special Agent-HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 7:06 PM 10/16/26

*Judge's signature*

City and state: Los Angeles, California

Honorable Diana M. Kwok, U.S. Magistrate Judge
*Printed name and title*

*AUSA:* Michael Wheat

# AFFIDAVIT

I, Caitlin Donovan, being duly sworn, declare and state as follows:

## I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint and arrest warrant for OMAR ALEXANDER MUNOZ ("MUNOZ") for a violation of 18 U.S.C. § 1015(a) (False Statement in Naturalization Application) and for a violation of 52 U.S.C. § 20511(2)(A) (Fraudulent Voter Registration).

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement and public databases. This affidavit is intended to show merely that there is sufficient probable cause for the requested criminal complaint and arrest warrant and does not purport to set forth all my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and part only.

## II. BACKGROUND OF AFFIANT

3. I am a Special Agent ("SA") with Homeland Security Investigations and have been since January 2024. I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(c), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request a search warrant. In the course of my work, I have conducted physical surveillance, executed arrest warrants, and reviewed electronic

records.

4. I have a Bachelor's Degree in dance from San Francisco State University and Doctorate degree in chiropractic from Southern California University of Health Sciences. I was a Customs and Border Protection ("CBP") Officer at the seaport of Long Beach, California for approximately three years. During that time, I worked on teams in Merchandise Enforcement, Anti-Terrorism and Contraband Enforcement, Vessel Operations, and Radiation Portal Monitors. I also performed temporary duty at the land borders of Nogales, Arizona and San Ysidro, California. I have completed approximately 500 hours of instruction from the Federal Law Enforcement Training Center, resulting in a certificate of completion from the Criminal Investigator Training Program. I have also completed approximately 500 hours of HSI-related instruction from the Federal Law Enforcement Training Center, resulting in a certificate of completion from the Homeland Security Investigations Special Agent Training Program.

5. I currently work with the Homeland Security Task Force Financial – High Intensity Financial ("HSTFF-HIF") and as a Special Agent, I am responsible for investigating violations of federal criminal laws, such as the Bank Secrecy Act, Money Laundering Control Act, Immigration violations, and other federal crimes. These investigations have involved the use of electronic and physical surveillance; the use of informants and cooperating witnesses; undercover transactions; financial and telephone toll analysis; the preparation and execution of search warrants, and arrests, among other

things. I have requested and participated in the preparation and execution of many HSI search and seizure warrants, multi-agency search warrants, and multiple site search warrants. I have requested and participated in search warrants of email accounts, online cloud accounts, cell phones, computers, and premises where computers, cell phones, and other electronic evidence were searched, seized, and/or imaged.

## III. STATEMENT OF PROBABLE CAUSE

6. Department of Homeland Security ("DHS") records reveal that MUNOZ was born on June XX, 1954, in Belize, and is a native and citizen of the Belize and is present in the United States as a Lawful Permanent Resident ("LPR"). LPRs are not United States citizens.

7. In August 2026, DHS HSI Los Angeles received investigative referrals provided by HSI Identity and Benefit Fraud Unit ("IBFU") with relevant information regarding alleged voter fraud or related identity-based fraud indicators. One of the referrals provided was for MUNOZ with fraud indicators that MUNOZ either registered to vote, has voted, or both.

8. During the HSI investigation of MUNOZ, SAs conducted a number of record checks through law enforcement databases. A DHS database revealed a record under Alien Registration number A XXXXXX992 in the name "Omar Alexander MUNOZ" with a date of birth of June XX, 1954, country of birth and citizenship as Belize. This record also lists additional identifying information for MUNOZ to include a physical address: XXXX Watcher St, Commerce, CA 90040, a telephone number ending in -

3428, an email of munoz_q@XXXXX.com, and date of birth of June XX, 1954.

9. Immigration documentation, specifically, Form N-400 records for MUNOZ, also lists his birth country and citizenship as Belize, and contains a Social Security number ending in -8762 and a driver's license number NXXXX639.

10. SAs also conducted record checks through the California Department of Motor Vehicles and confirmed that driver's license number NXXXX639 is associated with the name "Omar Alexander MUNOZ" and is associated with the same address on XXXX Watcher St, Commerce, CA 90040. The latest issue date of this record is 04/18/2025, and it contained a photograph which SAs believe depicts MUNOZ based on SAs' comparison to pictures and SAs' interactions and correspondence with other law enforcement officers. This record also shows a date of birth as 06/XX/1954 and contains an image of MUNOZ's signature.





11. During the HSI investigation of MUNOZ, SAs subpoenaed the Los Angeles County Registrar's Office for voter registration information for MUNOZ associated with the same address on XXXX Watcher St, Commerce, CA 90040.

12. In September 2026, SAs received a certified voter identification number XXXXXX896, a voter registration receipt and a signature image from the Los Angeles County Registrar's Office, Office of County Counsel of Los Angeles. The voter registration name is listed as "Omar Alexander MUNOZ" and lists the same address on XXXX Watcher St, Commerce, CA 90040. Under the application question of "I am a U.S. citizen." a checkmark box is checked. Following a declaration under penalty of perjury warning, the voter registration application is dated 09/05/2019.



CALIFORNIA VOTER REGISTRATION FORM

[X] I am a U.S. citizen.
[X] I am at least 18 years old.
[X] I am not in prison or on parole for the conviction of a felony.
[X] I am not currently judged by a court to be mentally incompetent.

| | |
|---|---|
| Legal Name: OMAR ALEXANDER MUNOZ | Birth Date: 06[redacted]954 |
| | Birth Place: |
| Home Address: [redacted]WATCHER ST COMMERCE CA 90040 | California ID: [redacted]639 |
| | SSN4: |
| | Phone Number: |
| | Fax Number: |
| Mailing Address: [redacted]WATCHER ST COMMERCE CA 90040 | Email Address: munoz_q@[redacted].com |
| | I would like my voting materials in the following language: ENGLISH |
| Prior Name / Address: | I would like to receive by ballot by mail for each election: Yes |
| | Political Party Preference: [redacted] |
| | Ethnicity / Race: |

Optional Items
I would like to receive by state VIG by mail: **true**
I would like to receive by county VIG by mail: **true**
Email my county/state VIG to:
I would like to be a poll worker: **false**
I can provide a polling place: **false**
I also speak the languages:

I declare under penalty of perjury under the laws of the State of California that:
- I am a U.S. citizen and am 18 years old or will be at least 18 years old on election day.
- I am not currently in a state or federal prison or on parole for the conviction of a felony.
- I am not currently found mentally incompetent to vote by a court.
- I understand that it is a crime to intentionally provide incorrect information on this form.
- The information on this form is true and correct.

SIGNATURE

[redacted]

9/5/2019

DATE

13. The voter application also provided the following for MUNOZ:

a. California ID number NXXXX639

b. Date of birth as 06/XX/1954

c. Place of birth as Belize

d. "SSN4" as XXXXX-8762

e. Phone number as 562-478-XXXX

f. Email as munoz_q@XXXXX.com

14. The signature supplied by the voter and attached to voter identification number XXXXXX896 is in the name of MUNOZ and appears to match MUNOZ's signature on his California driver's license dated 04/18/2025.

15. The records from the Los Angeles County Registrar's Office show that MUNOZ voted in the general election in person on November 3, 2020.

16. The records also show that MUNOZ voted in the statewide direct primary election by mail-in ballot on or around June 7, 2022.

17. The records also show that MUNOZ voted in the general election by mail-in ballot on or around November 8, 2022.

18. The records also show that MUNOZ voted in the general election by mail-in ballot on or around November 5, 2024.

19. Additionally, SAs have reviewed DHS records to determine whether MUNOZ has ever sought or obtained United States citizenship. To become a naturalized United States citizen, an applicant must file a Form N-400 and pay a $710 filing fee or seek a fee waiver. DHS records do show MUNOZ is seeking naturalization and filed an N-400 application. Multiple records of photo identification were uploaded to the application including a copy of MUNOZ's United States Permanent Resident card. Under the application questions in Part 9 of the Form N-400 the first question of "Have you **EVER** claimed to be a U.S. citizen (in writing or any other way)?" the answer "No" is checked. The second question "Have you **EVER** registered to vote or voted in any Federal, state, or local election in

the United States? If you lawfully voted only in a local election where aliens are eligible to vote, you may answer 'No.'" the answer "No" is checked.

**Part 9. Additional Information About You**

When a question includes the word **"EVER,"** you must provide information about any of your actions or conduct that occurred **anywhere in the world** at any time, unless the question specifies otherwise. If you answer "Yes" to any of the questions in **Item Numbers 1. - 14.** in **Part 9. Item Numbers 1. - 14.**, provide explanations and any additional information in the space provided in **Part 14. Additional Information**.

**1.** Have you **EVER** claimed to be a U.S. citizen (in writing or any other way)? ☐ Yes ☒ No

**2.** Have you **EVER** registered to vote or voted in any Federal, state, or local election in the United States? If you lawfully voted only in a local election where aliens are eligible to vote, you may answer "No." ☐ Yes ☒ No

20. Following a declaration under penalty of perjury warning, the Form N-400 Naturalization application is dated 03/22/2026.

**Part 11. Applicant's Contact Information, Certification, and Signature**

***Applicant's Contact Information***

Provide your daytime telephone number, mobile telephone number (if any), and email address (if any).

1. Applicant's Daytime Telephone Number: [redacted]

2. Applicant's Mobile Telephone Number (if any): [redacted]

3. Applicant's Email Address (if any): munoz_q[redacted]

Electronic Form Only

***Applicant's Certification and Signature***

I certify, under penalty of perjury, that I provided or authorized all of the responses and information contained in and submitted with my application, I read and understand or, if interpreted to me in a language in which I am fluent by the interpreter listed in **Part 12.**, understood, all of the responses and information contained in, and submitted with, my application, and that all of the responses and the information are complete, true, and correct. Furthermore, I authorize the release of any information from any and all of my records that USCIS may need to determine my eligibility for an immigration request and to other entities and persons where necessary for the administration and enforcement of U.S. immigration law.

4. Applicant's Signature (or signature of a legal guardian, surrogate, or designated representative, if applicable): Omar Alexander Munoz

Date of Signature (mm/dd/yyyy): 03/22/2026

21. The Form N-400 Naturalization application also provided the following for MUNOZ:

a. Alien Number as XXXXXX92

b. Date of birth as 06/XX/1954

c. Place of birth as Belize

d. "SSN4" as XXXXX-8762

e. Phone number as 562-478-XXXX

f. Email as munoz_q@XXXXX.com

22. Moreover, the records do not reflect the issuance of a Form N-550, a Certificate of Naturalization, which is an official document issued by U.S. Citizenship and Immigration Services to prove that a foreign national has officially become

a United States citizen after completing the naturalization process and taking the Oath of Allegiance. Based on my background, training and experience, I know that if an individual became a naturalized citizen, DHS records associated with that individual would reflect the issuance of a Form N-550 (Certificate of Naturalization).

## IV. CONCLUSION

23. Based on the foregoing, I believe there is probable cause to believe that MUNOZ knowingly and willfully falsely stated under oath that he was a United States Citizen in his voter registration application in order to register to vote and secure the issuance of an election ballot permitting him to vote in a California and federal election in violation of 18 U.S.C. § 1015(a) and 52 U.S.C. § 20511(2)(A).

/s/
Caitlin Donovan, Special Agent
Homeland Security
Investigations

Subscribed to and sworn before me
This 16th day of October, 2026

HONORABLE DIANA M. KWOK
UNITED STATES MAGISTRATE JUDGE